COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     John Matt Rembert v. Alnoor Malick and Shelina Malick

Appellate case number:   01-12-01086-CV

Trial court case number: 2009-03407

Trial court:             189th District Court of Harris County

Appellant, John Matt Rembert, proceeding *pro se*, has filed a motion to dismiss the appeal and expedite the mandate. However, the motion does not include a certificate of service, indicating that the motion was served on the parties to the appeal or their counsel. *See* TEX. R. APP. P. 9.5(a) (requiring service of all documents), 9.5(d) (requiring all documents to include proof of service in form of acknowledgement of service by person served or certificate of service), 9.5(e) (requiring certificate of service to state date and manner of service; name and address of each person served; and, if person served is party's attorney, name of party represented by attorney). Further, the motion does not include a certificate of conference, indicating that Rembert conferred or attempted to confer with the other parties to the appeal about the merits of the motion. *See* TEX. R. APP. P. 10.1(a)(5) (requiring motion to include certificate of conference). Accordingly, we dismiss Rembert's motion to dismiss the appeal and expedite the mandate.

Nevertheless, the Court will consider any future motion filed in compliance with the Texas Rules of Appellate Procedure.

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd
                    ☑ Acting individually     ☐ Acting for the Court

Date:  June 9, 2015